## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **EVGENII BAIZHIGITOV,**       )<br>                        **Plaintiff,**   )<br>                                          )<br>     **vs.**                        )<br>                                          )<br> **FINNAIR,**                   )<br>                        **Defendant.**  )<br>_____) | Case No. 16-2057-JAR-TJJ |

### ORDER ADOPTING REPORT AND RECOMMENDATION

Fourteen days having passed, and no written objections being filed to the proposed findings and recommendations filed by Magistrate Judge Theresa J. James, and after a *de novo* determination upon the record pursuant to Fed. R. Civ. P. 72(b), the Court accepts as its own the recommended decision to deny Plaintiff's Motion to Proceed *in forma pauperis* (Doc. 2).

**IT IS THEREFORE ORDERED** that Plaintiff's Motion to Proceed *in forma pauperis* (Doc. 2) is denied in accordance with the February 8, 2016, Report and Recommendation (Doc. 3). Plaintiff shall pay the filing fee within fourteen (14) days of this Order. Failure to pay the fee will result in dismissal of the case without further notice.

**IT IS SO ORDERED**.

Dated: March 8, 2016

 S/ Julie A. Robinson  
JULIE A. ROBINSON  
UNITED STATES DISTRICT JUDGE